IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANTHONY TRUPIA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) NO. CIV-25-0391-HE |
| JOHN ROBERTS, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT

In accordance with the order entered this date, this action is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated this 29th day of May, 2025.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE